UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-06314-WLH-E | Date | March 30, 2026 |
|---|---|---|---|
| Title | *MMAS Research LLC v. University of Leeds et al* | | |

Present: The Honorable   WESLEY L. HSU, United States District Judge

| Lesbith Castillo | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None | None |

**Proceedings:**   **(IN CHAMBERS) ORDER RE PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT KING'S COLLEGE LONDON [76]**

The Court is in receipt of Plaintiff MMAS Research LLC's Motion for an Order Authorizing Service of Process by Alternative Means Pursuant to Federal Rules of Civip Procedure 4(f)(3) ("Motion"). (Mot., Dkt. No. 76). Pursuant to Federal Rule of Civil Procedure 78 and Local Rule 7-15, the Court finds this matter appropriate for decision without oral argument. Defendant King's College London has not entered an appearance in the case. The hearing calendared for April 3, 2026, is **VACATED**, and the matter taken off calendar. For the reasons stated herein, Plaintiff's Motion is **GRANTED**.

Plaintiff MMAS Research LLC filed its First Amended Complaint adding Defendant King's College London as a party to the lawsuit on October 17, 2025. (*See* FAC, Dkt. No. 41). On October 20, 2025, the Court issued a summons for Defendant King's College London. (Summons, Dkt. No 49). In a previous order, the Court held that Plaintiff MMAS Research LLC failed to serve Defendant King's College London. (Order at 4-5, Dkt. No. 72). Plaintiff MMAS Research LLC now seeks to serve Defendant King's College London pursuant to "Article 5 of the Hague Service

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Convention through the United Kingdom Central Authority." (Mot. at 2-3).  The United Kingdom is a signatory to the Hague Convention.  *See Brockmeyer v. May*, 383 F.3d 798, 801 (9th Cir. 2004) (discussing service on a party in England under the Hague Convention).  Therefore, formal service through the Hague Convention using the United Kingdom's Central Authority is permitted (and is not an alternative means for service).  The Court accordingly **GRANTS** Plaintiff's Motion.

**IT IS SO ORDERED**.