UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-06314-WLH-E | | Date | June 9, 2026 |
|---|---|---|---|---|
| Title | MMAS Research LLC v. University of Leeds et al | | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Claudia Garcia-Marquez | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE FIRST-TO-FILE DOCTRINE DOES NOT APPLY**

Plaintiff, MMAS Research LLC ("MMAS"), a Washington limited liability company, commenced this action on July 10, 2025.  (Complaint, Dkt. No 1).  MMAS filed the First Amended Complaint ("FAC") on October 17, 2025.  (FAC, Dkt. No. 41).  The FAC alleges three causes of action:  (1) breach of contract; (2) copyright infringement; and (3) misappropriation of trade secrets under the Defend Trade Secrets Action ("DTSA") and state law.  (*See generally*, FAC).  Defendant University College of London ("UCL") argues that "MMAS alleges that UCL infringed the same copyright at issue in the Washington litigation, i.e. the Morisky Widget."  (Motion at 17).  Accordingly, UCL argues that the copyright claim should be dismissed under the "first-to-file" doctrine.  (*Id*.).  The Court finds that MMAS waives any opposition to this argument as to the copyright claim as it did not oppose the argument in its Opposition.  *In re Point Ctr. Fin., Inc.*, 2016 WL 11723668, *2 n. 1 (C.D. Cal. 2016) ("A party can waive an argument by failing to raise it in their opposition to a motion to dismiss."); *Silva v. U.S. Bancorp*, 2011 WL 7096576, *3 (C.D. Cal. 2011) (ruling that plaintiff's failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

respond in his opposition brief to defendants' argument in motion to dismiss amounted to a concession that his claim should be dismissed).  Therefore, the Copyright claim is dismissed under the "first-to-file" doctrine.  *See MMAS Rsch. LLC v. Johnson & Johnson Innovative Med.*, No. 2:25-CV-01057-RGK-SK, 2026 WL 1020524, at *3 (C.D. Cal. Jan. 26, 2026) (finding the first-fo-file doctrine applying to a similar case).

In its Reply, for the first time, UCL further argues that "the Court should dismiss the suit based on the first-to-file rule."  (Reply at 9).  Because this argument appears on its face to have merit but it is inappropriate to consider arguments raised for the first time in a Reply brief without providing MMAS the opportunity to respond, the Court **ORDERS** MMAS to **SHOW CAUSE**, in writing, why the breach of contract and misappropriation of trade secret claims should not also be dismissed under the "first-to-file" rule.  Such response shall not exceed five pages and must be submitted within seven (7) days of this Order.  The Clerk shall set a **SHOW CAUSE** hearing for July 10, 2026, at 1:30 p.m.

**IT IS SO ORDERED.**